UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANATOLIY ANDREYUK and JENNY
FELIPPELLI, *as Executor of the Estate
of* JOSE FELIPPELLI,

                    Plaintiffs,                    **ORDER**

         -against-                          19-cv-7476 (AEK)

ASF CONSTRUCTION & EXCAVATION
CORP. and ANDRE FERNANDEZ,

                    Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 121. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within sixty (60) days of this Order. Any application to reopen that is filed after sixty (60) days from the date of this Order may be denied solely on that basis. Additionally, the trial in this matter that is currently scheduled to begin on April 11, 2023 is **ADJOURNED**.

Dated:  April 7, 2023
         White Plains, New York

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge