UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANATOLIY ANDREYUK and JENNY
FELIPPELLI, *as Executor of the Estate
of* JOSE FELIPPELLI,

                      Plaintiffs,                      **ORDER**

         -against-                         19-cv-7476 (AEK)

ASF CONSTRUCTION & EXCAVATION
CORP. and ANDRE FERNANDEZ,

                      Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    The Clerk of Court is respectfully directed to reopen this matter.

Dated: April 12, 2023
       White Plains, New York

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge